**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jackie Lemar LAWRENCE,
Defendant–Appellant.**

**No. 08–10712**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2009.

John Preston Bradford, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Jackie Lemar Lawrence has moved for leave to withdraw and has filed

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lawrence has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has      determined that this opinion should not be